IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-087-CV




EX PARTE: PAUL W. KIMMELL,



 RELATOR




 




ORIGINAL HABEAS CORPUS PROCEEDING FROM BURNET COUNTY



 





PER CURIAM

 Paul W. Kimmell filed his petition for writ of habeas corpus on February 22, 1994,
seeking discharge from the custody of the sheriff of Burnet County. After reviewing the petition
and brief in support thereof, we conclude that the writ should not issue as requested. See Tex.
R. App. P. 121(c).

 The petition for writ of habeas corpus is denied.



Before Justices Powers, Aboussie and Jones

Petition for Writ of Habeas Corpus Denied

Filed: March 30, 1994

Do Not Publish